Justices Aldrey and Hutchison concurred.

Chief Justice Hernández and Justice Wolf did not sit at the hearing on this case.

---

ROSSY ET AL., PETITIONERS, v. SIACA, ACTING SECRETARY OF PORTO RICO ET AL., RESPONDENTS.

PETITION for a Writ of *Mandamus* to the Secretary of Porto Rico Directing Him to Register the Municipal Ticket for San Juan of the Porto Rican Republican Party.

No. 146.—Decided at a Special Term on October 9, 1914.

The decision of this case is based on the grounds which will be set forth in an opinion of the court to be delivered later, and in order not to delay the printing of this volume the said opinion will be inserted in the proper place according to the date on which it is handed down.

*Petition sustained.*

---

ZENÓN, PETITIONER, v. LÓPEZ ACOSTA, DISTRICT JUDGE, ET AL., RESPONDENTS.

PETITION for a Writ of Prohibition to the Judge of the District Court of Guayama Forbidding Him to Order the Execution of the Judgment Rendered in an Injunction Proceeding Against the Executive Council in an Election Matter.

No. 13.—Decided at a Special Term on October 13, 1914.

The decision of this case is based on the grounds which will be set forth in an opinion of the court to be delivered

later, and in order not to delay the printing of this volume the said opinion will be inserted in the proper place according to the date on which it is handed down.

*Petition sustained.*

---

SANTINI, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.

PETITION for a Writ of *Certiorari* to the Judge of the District Court of Humacao in a Case of Intervention in Ownership of Personal Property Begun in the Municipal Court of Caguas.

No. 132.—Decided November 6, 1914.

APPEAL—DISMISSAL OF APPEAL FROM MUNICIPAL COURT—TRANSCRIPT OF RECORD.—
The fact that the secretary of the municipal court did not send up the transcript of the record until after the expiration of the period of twenty days prescribed by the Act to regulate appeals from judgments of municipal courts in civil cases, approved March 11, 1908, is not of itself sufficient ground to warrant the dismissal of an appeal in a district court when the motion to dismiss is filed after the transcript of the record had been received.

The facts are stated in the decision.
*Messrs. Carlos Buitrago* and *Carlos Travecier* for the petitioner.
The respondent did not appear.

DECISION.

WHEREAS, A petition was filed by Juan Manuel Santini on August 27, 1914, praying that a writ of *certiorari* issue to R. Cuevas Zequeira, Judge of the District Court of Humacao;

WHEREAS, It appears from the said petition that the only ground which refers to questions submitted to the court *a quo* and decided by it is that the said court overruled a mo-